UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KPN B.V.,

                      Plaintiff,

- against -

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA,

                      Defendants



JUDGE KOELTL

08 CV 1549

RULE 7.1 STATEMENT

FEB 14 2008
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff KPN B.V. certifies that it is the wholly owned subsidiary of Koninklijke KPN N.V., a public company registered with the U.S. Securities and Exchange Commission.

Dated: New York, New York
       February 14, 2008

Respectfully submitted,

ALLEN & OVERY LLP

By: _____
Jacob S. Pultman
Chintan V. Panchal

1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300
jacob.pultman@allenovery.com

*Attorneys for Plaintiff*
KPN B.V.