AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

KPN B.V.

V.

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1549**

JUDGE KOELTL

TO: (Name and address of Defendant)

KSD Pacific, LLC
6327 W. 6th Street
Los Angeles, CA 90048

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Jacob S. Pultman

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         FEB 14 2008

CLERK                                                              DATE

_[signature]_

(By) DEPUTY CLERK

```
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                                Index No. 08 CV 1549
KPN B.V.
                                                        , Plaintiff(s)
                            - against -

CORCYRA D.O.O.,KSD PACIFIC, LLC, MOSHE HAR ADIR, AND YOSSI ATTIA
                                                        , Defendant(s)

State of Nevada  )
                 ) SS.:
County of Washoe )

                       AFFIDAVIT OF SERVICE

Robert Deale being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Nevada.  That on 02/25/2008 at  3:31 PM at:
        KSD PACIFIC LLC C/O KARIS CORPORATION
        112 N. CURRY STREET
        CARSON CITY NV 89703
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on KSD PACIFIC LLC C/O KARIS CORPORATION

a domestic and/or foreign corporation
by delivering thereat a true copy to Jenifer Graehl
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Authorized Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 25 HEIGHT: 5'6''    WEIGHT: 120    HAIR: BROWN    RACE: WHITE    SEX: FEMALE
OTHER: Glasses

                                        Robert Deale       Lic. #

SWORN TO BEFORE ME  26 feb 08          OUR DOC# 20651
                                        Allen & Overy
   Gwenn Delorme                        1221 Avenue of The Americas
   Notary Public                        New York NY 10020
                                        646-344-6694
```

GWENN DELORME
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 99-57651-2 - Expires April 28, 2011