AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

KPN B.V.

V.

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 1549

JUDGE KOELTL

TO: (Name and address of Defendant)

Yossi Attia
1061 1/2 N. Spaulding Avenue
West Hollywood, CA 90046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Jacob S. Pultman

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               FEB 14 2008

CLERK                                            DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 1549

KPN B.V.

, Plaintiff(s)

- against -

CORCYRA D.O.O., KSD PACIFIC, LLC, MOSHE HAR ADIR, AND YOSSI ATTIA

, Defendant(s)

State of California    )
                       ) SS.:
County of Los Angeles  )

### AFFIDAVIT OF SERVICE

Ignacio Gutierrez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 03/06/2008 at  2:38 PM at:
    164 N. STANLEY DRIVE
    BEVERLY HILLS CA 90069
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
upon YOSSI ATTIA,
by delivering a true copy to:
Jane Doe (refused name), Person In Charge Of Premis
who stated that they were authorized to accept service on behalf of:
YOSSI ATTIA.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    YOSSI ATTIA
    164 N. STANLEY DRIVE
    BEVERLY HILLS CA 90069
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within California State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or California. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 42  HEIGHT: 5'6''  WEIGHT: 135  HAIR: BLONDE  RACE: WHITE  SEX: FEMALE

Ignacio Gutierrez    License #5060

SWORN TO BEFORE ME 3/11/08
D. Azmi, notary public
my comm. exp. 12/23/08

OUR DOC# 20657
Allen & Overy
1221 Avenue of The Americas
New York NY 10020
646-344-6694

D. AZMI
Commission # 1532632
Notary Public - California
Orange County
My Comm. Expires Dec 23, 2008