UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KPN B.V.,

                Plaintiff,

   - against -

CORCYRA D.O.O., et al,

                Defendants.

---

08 Civ. 1549 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants' time to move or answer is extended to **May 30, 2008**.

SO ORDERED.

Dated: New York, New York
       April 18, 2007

                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08