UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KPN B.V., <br><br> Plaintiff, <br><br> -against- <br><br> CORCYRA D.O.O., KSD PACIFIC, LLC, MOSHE HAR DIR and YOSSI ATTIA, <br><br> Defendants. | Docket No. 08 CV 1549 (JGK) <br><br> MOTION TO ADMIT COUNSEL PRO HAC VICE |



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern District of New York, I, Kevin M. Shelley, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Joseph G. McCarty
> Law Offices of Robert M. Yaspan
> 21700 Oxnard Street, Suite 1750
> Woodland Hills, CA 91367
> Telephone: 818-905-7711
> Facsimile: 818-501-7711

Joseph G. McCarty is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Joseph G. McCarty.

May 22, 2008
New York, New York

Respectfully Submitted,

Kevin M. Shelley, Esq. (KS 8149)
Kaufmann, Feiner, Yamin, Gildin &
 Robbins LLP
777 Third Avenue
New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KPN B.V.,<br><br>                    Plaintiff,<br><br>-against-<br><br>CORCYRA D.O.O., KSD PACIFIC, LLC, MOSHE HAR DIR and YOSSI ATTIA,<br><br>                    Defendants. | Docket No. 08 CV 1549 (JGK)<br><br>AFFIDAVIT OF KEVIN M. SHELLEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

KEVIN M. SHELLEY, being duly sworn, hereby deposes and says the following:

1.     I am a partner with Kaufmann, Feiner, Yamin, Gildin & Robbins LLP, 777 Third Ave, New York, NY 10017, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Joseph G. McCarty as counsel pro hac vice to represent Defendants in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Joseph G. McCarty since May 2008.

4.     Joseph G. McCarty is Of Counsel at Law Offices of Robert M. Yaspan, a law firm in Woodland Hills, California.

5.     I have found Joseph G. McCarty to be a skilled attorney and a person of good integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Joseph G. McCarty, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Joseph G. McCarty, pro hac vice, to represent Defendants in the above captioned matter, be granted.

WHEREFORE it is respectfully requested that the motion to admit Joseph G. McCarty, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: May 22, 2008

_____
Kevin M. Shelley (KS 8149)

Sworn to before me this
22nd day of May 2008

_____
Notary Public

MAUREEN LYONS
Notary Public, State of New York
No. 01LY4901492
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires July 20, 20__

2

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

April 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH GERARD MCCARTY, #151020 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KPN B.V.,<br><br>                    Plaintiff,<br><br>-against-<br><br>CORCYRA D.O.O., KSD PACIFIC, LLC,<br>MOSHE HAR DIR and YOSSI ATTIA,<br><br>                    Defendants. | Docket No. 08 CV 1549 (JGK)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN MOTION |

Upon the motion of Kevin M. Shelley, Esq., attorney for Defendants and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that:

    Joseph G. McCarty (Of Counsel)
    Law Offices of Robert M. Yaspan
    21700 Oxnard Street, Suite 1750
    Woodland Hills, CA 91367
    Telephone: 818-905-7711
    Fax: 818-501-7711
    RYaspan@YaspanLaw.com

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rule of this Court, including Rules governing discipline of attorney. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, NY

_____
United States District/Magistrate Judge