UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KPN B.V.,

           Plaintiff,

-against-

CORCYRA D.O.O., KSD PACIFIC, LLC,
MOSHE HAR DIR and YOSSI ATTIA,

           Defendants.

Docket No. 08 CV 1549 (JGK)

MOTION TO ADMIT
COUNSEL PRO HAC VICE



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern District of New York, I, Kevin M. Shelley, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Robert M. Yaspan, Esq.
    Law Offices of Robert M. Yaspan
    21700 Oxnard Street, Suite 1750
    Woodland Hills, CA 91367
    Telephone: 818-905-7711
    Facsimile: 818-501-7711

Robert M. Yaspan is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Robert M. Yaspan.

May 22, 2008
New York, New York

                              Respectfully Submitted,

                              Kevin M. Shelley, Esq. (KS 8149)
                              Kaufmann, Feiner, Yamin, Gildin &
                                Robbins LLP
                              777 Third Avenue
                              New York, NY 10017

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KPN B.V.,<br><br>                        **Plaintiff,**<br><br>-against-<br><br>CORCYRA D.O.O., KSD PACIFIC, LLC,<br>MOSHE HAR DIR and YOSSI ATTIA,<br><br>                        **Defendants.** | Docket No. 08 CV 1549 (JGK)<br><br>AFFIDAVIT OF KEVIN M. SHELLEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

KEVIN M. SHELLEY, being duly sworn, hereby deposes and says the following:

1. I am an attorney at Kaufmann, Feiner, Yamin, Gildin & Robbins LLP, 777 Third Ave, New York, NY 10017, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Robert M. Yaspan as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Robert M. Yaspan since May 2008.

4. Robert M. Yaspan is the owner of the Law Offices of Robert M. Yaspan, a law firm in Woodland Hills, California.

5. I have found Robert M. Yaspan to be a skilled attorney and a person of good integrity. He is experienced in Federal practice and is familiar with the Federal Rule of Procedure.

6. Accordingly, I am pleased to move the admission of Robert M. Yaspan, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Robert M. Yaspan, pro hac vice, to represent Defendants in the above captioned matter, be granted.

WHEREFORE it is respectfully requested that the motion to admit Robert M. Yaspan, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: May 22, 2008

Kevin M. Shelley (KS 8149)

Sworn to before me this
22nd day of May 2008

Notary Public

MAUREEN LYONS
Notary Public, State of New York
No. 01LY4901492
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires July 20, 20__

2

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

April 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT MICHAEL YASPAN, #051867 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1972; that on June 6, 1996, a notice to show cause directed to the member was issued to commence formal disciplinary proceedings and hearings; that on March 22, 1997, there was a private reproval with public disclosure by the State Bar Court; that he has been since January 5, 1972, and is at date hereof, an ACTIVE member of the State Bar of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KPN B.V.,

                Plaintiff,

-against-

CORCYRA D.O.O., KSD PACIFIC, LLC,
MOSHE HAR DIR and YOSSI ATTIA,

                Defendants.

**CERTIFICATE OF SERVICE**

Docket No. 08 CV 1549 (JGK)

The undersigned hereby certifies that a true copy of two motions for admission pro hac vice, affidavits, certificates of good standing, and proposed orders for admission pro hac vice were served on May 22, 2008 by depositing a true copy of same in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State as addressed below

    Jacob S. Pultman, Esq.
    Allen & Overy LLP
    1221 Avenue of the Americas
    New York  NY  10020

                        Kevin M. Shelley (KS 8149)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KPN B.V.,<br><br>       Plaintiff,<br><br>-against-<br><br><br>CORCYRA D.O.O., KSD PACIFIC, LLC,<br>MOSHE HAR DIR and YOSSI ATTIA,<br><br>       Defendants. | Docket No. 08 CV 1549 (JGK)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN MOTION |

  Upon the motion of Kevin M. Shelley, Esq., attorney for Defendants and said sponsor attorney's affidavit in support:

  IT IS HEREBY ORDERED that:

    Robert M. Yaspan
    Law Offices of Robert M. Yaspan
    21700 Oxnard Street, Suite 1750
    Woodland Hills, CA 91367
    Telephone: 818-905-7711
    Fax: 818-501-7711
    RYaspan@YaspanLaw.com

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rule of this Court, including Rules governing discipline of attorney. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, NY

                  _____
                  United States District/Magistrate Judge