UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------

KPN B.V.

                    Plaintiff,

  - against-

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

                    Defendants
-------------------------------

**NOTICE OF MOTION**

Civil Action No. 08 CV 1549

    PLEASE TAKE NOTICE that upon the Declarations of Joseph G. McCarty, Esq. and Yossi Attia, dated on or about May 30, 2008, Defendant's Request for Judicial Notice, Dated May 30, 2008, and Defendant Corcyra, d.o.o.'s Memorandum of Law, dated May 30, 2008, the undersigned will move this Court before the Hon. John G. Koeltl, at the United States Courthouse, 500 Pearl Street, Courtroom 12B, New York, New York 10007, on a date to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(5) quashing service of the Summons and Complaint as against Defendant Corcyra d.o.o., together with such other and further relief as to this Court may seem just and proper.

1

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b), opposing affidavits and answering memoranda, if any, must be served within ten (10) business days after service of these moving papers.

Dated: New York, New York        KAUFMANN, FEINER, YAMIN,
       May 30, 2008                   GILDIN & ROBBINS LLP
                                        Attorneys for Defendant Corcyra D.O.O.


By _/s/ Kevin M. Shelley_____
  Kevin M. Shelley (KS8149)
  777 Third Avenue
  New York, New York 10017
  (212)755.3100

and

ROBERT M. YASPAN (Pro Hac Vice Admission Pending)
JOSEPH G. McCARTY (Of Counsel) (Pro Hac Vice Admission Pending)
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
(818) 774.9929