UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KPN B.V.

                     Plaintiff,

- against-

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

                     Defendants.

**DECLARATION OF JOSEPH G. MCCARTY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO QUASH SERVICE FILED BY CORCYRA, D.O.O.**

Civil Action No. 08 CV 1549 (JGK)

---

I, JOSEPH G. McCARTY, being first duly sworn, declare and allege as follows:

1. I am an attorney duly authorized to practice law before the Courts of the State of California. I have a pro hac vice application pending before this Court. I have personal knowledge of the facts set forth herein and if called as a witness I could, and would, so competently testify hereto.

2. I requested from Plaintiff's counsel a true copy of the Declaration of Service upon Defendant Corcyra, d.o.o. In response I received a declaration, a true and accurate copy of which is attached hereto as Exhibit "1".

3. Not received from Plaintiff's counsel, but instead obtained from the Court's PACER website is an apparent second declaration of service, a true and accurate copy of which is attached as Exhibit "2".

I declare under penalty of perjury pursuant to the Laws of the United States of America, the State of California, and the State of New York that the preceding is true and

1

correct.

    Executed in the City of Los Angeles, State of California on the 30th day of May, 2008.

*[signature]*
_____
Joseph G. McCarty

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KPN B.V.,                                          :

                Plaintiff,        :        08 CV 1549 (JGK)

      -against-                             :        ECF CASE

CORCYRA D.O.O., KSD PACIFIC LLC,                   :
MOSHE HAR ADIR, and YOSSI ATTIA,
                                      :        DECLARATION OF SERVICE

                Defendants,       :
------------------------------------------------------------X

KURT R. VELLEK hereby declares under penalty of perjury that:

1. I am over 18 years of age, not a party to this action, and reside in Mahopac, New York. I am employed by the law firm of Allen & Overy LLP and I am a licensed New York City process server. My license number is 826793.

2. On Friday, February 15, 2008 at approximately 4:50 p.m., I personally served the summons and complaint upon defendant Corcyra d.o.o. ("Corcyra") by its attorney Elliot H. Lutzker, at his offices at Philips Nizer LLP, 666 Fifth Avenue, 28th Floor, New York, New York.

3. The receptionist initially informed Mr. Lutzker over the phone that I was serving legal papers in this action, but he refused to come to the reception area and directed the receptionist to refuse the papers as well. I informed her that the agreement specified that service needed to be made to Mr. Lutzker, and left the papers on the desk.

4. "Jane Doe", the receptionist on the 28th floor offices of Philips Nizer LLP, may be described as a white female in her early fifties with a medium build, with reddish brown hair, and wearing glasses.

5. Also, on repeated occasions on both February 19 and 20, 2008, I caused a copy of the summons and complaint to be delivered by facsimile transmission to Corcrya's overseas offices (fax number +385 52 590 731) pursuant to the agreement. The call failed to properly complete after each attempt.

6. In addition, on February 19, 2008, pursuant to the agreement I served an additional copy of the

summons and complaint upon Elliott Lutzker, Esq., c/o Philips Nizer LLP, 666 Fifth Avenue, New York, New York by US registered mail (receipt no. RA 696 877 633 US). Upon information and belief and according to the records of the US Postal Service, the package was delivered to Philips Nizer LLP on February 20, 2008.

7. Furthermore, on February 19, 2008, pursuant to the agreement I served an additional copy of the summons and complaint upon Corcyra d.o.o., c/o KSD Pacific LLC, 1061 ½ N. Spaulding Avenue, West Hollywood, California 90046 by US registered mail (receipt no. RA 696 877 677 US). Upon information and belief and according to the records of the US Postal Service, the package was delivered to Corcrya on February 26, 2008.

8. Also, on February 19, 2008 I caused an additional copy of the summons and complaint to be served by overnight delivery upon Corcyra d.o.o. c/o Moshe Har Adir, to Verudela 17, Pula, Croatia 52100, pursuant to the agreement. Upon information and belief and according to the records of Federal Express, the package (tracking no. 798377910058) was never claimed.

9. In addition, on February 19, 2008 I caused an additional copy of the summons and complaint to be served by overnight delivery upon Corcyra d.o.o. c/o Moshe Har Adir, to Valdabeckiput 118, Pula, Croatia 52100, pursuant to the agreement. Upon information and belief and according to the records of Federal Express, the package (tracking no. 798377922316) was never claimed.

Dated: March 31, 2008
       New York, New York

                                              _____
                                              KURT R. VELLEK

# EXHIBIT 2

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

KPN B.V.

V.

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 1549

JUDGE KOELTL

TO: (Name and address of Defendant)

CORCYRA D.O.O.
Verudela 17, Pula Croatia 52100
Attn: Moshe Har Adir

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Jacob S. Pultman

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          FEB 14 2008
CLERK                                        DATE

/s/ Marcos Quintero
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KPN B.V.,                                              :

                Plaintiff,            :       08 CV 1549 (JGK)

      -against-                               :       ECF CASE

CORCYRA D.O.O., KSD PACIFIC LLC,       :
MOSHE HAR ADIR, and YOSSI ATTIA,
                                         :       DECLARATION OF SERVICE

                Defendants,           :
------------------------------------------------------------X

      KURT R. VELLEK hereby declares under penalty of perjury that:

      1. I am over 18 years of age, not a party to this action, and reside in Mahopac, New York. I am employed by the law firm of Allen & Overy LLP and I am a licensed New York City process server. My license number is 826793.

      2. On Friday, February 15, 2008 at approximately 4:50 p.m., I personally served the summons and complaint upon defendant Corcyra d.o.o. ("Corcyra") by its attorney Elliot H. Lutzker, at his offices at Philips Nizer LLP, 666 Fifth Avenue, 28th Floor, New York, New York.

      3. The receptionist initially informed Mr. Lutzker over the phone that I was serving legal papers in this action, but he refused to come to the reception area and directed the receptionist to refuse the papers as well. I informed her that the agreement specified that service needed to be made to Mr. Lutzker, and left the papers on the desk.

      4. "Jane Doe", the receptionist on the 28th floor offices of Philips Nizer LLP, may be described as a white female in her early fifties with a medium build, with reddish brown hair, and wearing glasses.

      5. Also, on repeated occasions on both February 19 and 20, 2008, I caused a copy of the summons and complaint to be delivered by facsimile transmission to Corcrya's overseas offices (fax number +385 52 590 731) pursuant to the agreement. The call failed to properly complete after each attempt.

      6. In addition, on February 19, 2008, pursuant to the agreement I served an additional copy of the

summons and complaint upon Elliott Lutzker, Esq., c/o Philips Nizer LLP, 666 Fifth Avenue, New York, New York by US registered mail (receipt no. RA 696 877 633 US). Upon information and belief and according to the records of the US Postal Service, the package was delivered to Philips Nizer LLP on February 20, 2008.

7. Furthermore, on February 19, 2008, pursuant to the agreement I served an additional copy of the summons and complaint upon Corcyra d.o.o., c/o KSD Pacific LLC, 1061 ½ N. Spaulding Avenue, West Hollywood, California 90046 by US registered mail (receipt no. RA 696 877 677 US). Upon information and belief and according to the records of the US Postal Service, the package was delivered to Corcrya on February 26, 2008.

8. Also, on February 19, 2008 I caused an additional copy of the summons and complaint to be served by overnight delivery upon Corcyra d.o.o. c/o Moshe Har Adir, to Verudela 17, Pula, Croatia 52100, pursuant to the agreement. Upon information and belief and according to the records of Federal Express, the package (tracking no. 798377910058) was never claimed.

9. In addition, on February 19, 2008 I caused an additional copy of the summons and complaint to be served by overnight delivery upon Corcyra d.o.o. c/o Moshe Har Adir, to Valdabeckiput 118, Pula, Croatia 52100, pursuant to the agreement. Upon information and belief and according to the records of Federal Express, the package (tracking no. 798377922316) was never claimed.

Dated: March 31, 2008
       New York, New York

_____
KURT R. VELLEK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CV 1549

KPN B.V.
, Plaintiff(s)

- against -

CORCYRA D.O.O., KSD PACIFIC, LLC, MOSHE BAR ADIR, AND YOSSI ATTIA
, Defendant(s)

State of California  )
                     ) SS.:
County of Los Angeles )

AFFIDAVIT OF SERVICE

Ignacio Gutierrez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California. That on 03/06/2008 at 2:38 PM at:
    KSD PASIFIC LLC
    164 N. STANLEY DRIVE
    BEVERLY HILLS CA 90069
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on CORCYRA D.O.O.

a domestic and/or foreign corporation
by delivering thereat a true copy to Jane Doe (refused name)
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Person In Charge of Premis and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 42  HEIGHT: 5'6''  WEIGHT: 135  HAIR: BLONDE  RACE: WHITE  SEX: FEMALE

SWORN TO BEFORE ME April 11th, 2008

Ignacio Gutierrez    Lic. #5060

OUR DOC# 20659
Allen & Overy
1221 Avenue of The Americas
New York NY 10020
646-344-6694



UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 1549

KPN B.V.

, Plaintiff(s)

– against –

CORCYRA D.O.O., KSD PACIFIC, LLC, MOSHE BAR ADIR, AND YOSSI ATTIA

, Defendant(s)

State of California  )
                     ) SS.:
County of Los Angeles )

NOT FOUND OR NON SERVICE RETURN

I, the undersigned am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action, attempted to serve the following:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
And that after due search, careful inquiry and diligent attempts at the Business:
    CORCYRA D.O.O.
    1061 1/2 N. SPAULDING AVENUE
    LOS ANGELES, CA 90046

I have been unable to make delivery of said process on the within named: CORCYRA D.O.O.
Process is being returned without service for the following reasons:

    02/22/2008 at 3:22 PM - Business not open (hour wise)

    02/25/2008 at 11:26 AM - Business not open (hour wise)

    02/26/2008 at 12:07 PM - Business closed.

    02/27/2008 at 11:22 AM - Business closed.

    02/28/2008 at 4:32 PM - Talked to man at location who states
        that the company is not open.

    02/29/2008 at 1:07 PM - Business closed.

    03/03/2008 at 11:22 AM - Business closed.

    03/04/2008 at 10:08 AM - Business closed.

    03/05/2008 at 12:13 PM - Business closed.

Ignacio Gutierrez       License #5060

SWORN TO BEFORE ME April 11th, 2008

OUR DOC# 20655
Allen & Overy
1221 Avenue of The Americas
New York NY 10020
646-344-6694