UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------

KPN B.V.

                Plaintiff,

- against-

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

                Defendants.

**DECLARATION OF YOSSI ATTIA IN SUPPORT OF MOTION TO DISMISS AND MOTION TO QUASH SERVICE FILED BY CORCYRA, D.O.O.**

Civil Action No. 08 CV 1549 (JGK)

------------------------------

I, YOSSI ATTIA, being first duly sworn, declare and allege as follows:

1. I have personal knowledge of the herein facts and if called as a witness I could, and would, so competently testify. I am knowledgeable of the business affairs and business relationships of KSD Pacific, LLC ("KSD").

2. KSD has not ever been authorized by Corcyra, d.o.o. to accept service of process on behalf of Corcrya, d.o.o. While I maintain an office at 1061 ½ Spaulding Avenue, Los Angeles, CA 90046, Corcyra does not now, or in the past, do business at, or maintain an office at the same address, i.e., 1061 ½ Spaulding Avenue, Los Angeles, CA 90046.

3. The stock purchase agreement that is at issue in this case was not assigned to KSD.

I declare under penalty of perjury pursuant to the Laws of the United States of America, the State of California, and the State of New York that the preceding is true and

1

correct.

Executed in the City of Los Angeles, State of California on the 30th day of May, 2008.

_____
Yossi Attia