UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KPN B.V.

        Plaintiff,

 - against-

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

        Defendants
_____

**NOTICE OF MOTION**

Civil Action No. 08 CV 1549

  PLEASE TAKE NOTICE that upon the Declaration of Yossi Attia, dated on or about May 30, 2008, and Defendant KSD Pacific, LLC's Memorandum of Law, dated May 30, 2008, the undersigned will move this Court before the Hon. John G. Koeltl, at the United States Courthouse, 500 Pearl Street, Courtroom 12B, New York, New York 10007, on a date to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(7) dismissing the Complaint as against Defendant KSD Pacific, LLC, together with such other and further relief as to this Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b), opposing affidavits and answering memoranda, if any, must be served within ten (10) business days after service of these moving papers.

Dated: New York, New York  
       May 30, 2008

KAUFMANN, FEINER, YAMIN,  
GILDIN & ROBBINS LLP  
Attorneys for Defendant KSD Pacific, LLC

By _/s/ Kevin M. Shelley_____  
  Kevin M. Shelley (KS8149)  
  777 Third Avenue  
  New York, New York 10017  
  (212)755.3100

  and

ROBERT M. YASPAN (Pro Hac Vice Admission Pending)  
JOSEPH G. McCARTY (Of Counsel) (Pro Hac Vice Admission Pending)  
LAW OFFICES OF ROBERT M. YASPAN  
21700 Oxnard Street, Suite 1750  
Woodland Hills, California 91367  
(818) 774.9929