UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------

KPN B.V.

                      Plaintiff,

- against-

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

                      Defendants.

-------------------------------

**DECLARATION OF YOSSI ATTIA IN SUPPORT OF MOTION TO DISMISS AND MOTION TO QUASH SERVICE OF KSD PACIFIC, LLC**

Civil Action No. 08 CV 1549 (JGK)

I, YOSSI ATTIA, being first duly sworn, declare and allege as follows:

1. I have personal knowledge of the herein facts and if called as a witness I could, and would, so competently testify. I am knowledgeable of the business affairs and business relationships of KSD Pacific, LLC ("KSD").

2. KSD is a Nevada LLC; it has an office in Los Angeles, California at 1061 ½ Spaulding Drive. KSD does not have any offices, employees or bank accounts in the State of New York and never has had any offices, employees or bank accounts located in the State of New York

3. KSD does not now do business in the State of New York; it has never done business in the State of New York. KSD is a single-asset entity whose only business is now, and in the past has been, the ownership of certain stock of EuroWeb International Corporation. That transaction through which this occurred took place in California.

4. KSD did not execute the stock purchase agreement that is at issues in this case. KSD was not involved in any of negotiations of the stock purchase agreement that

1

is at issue in this case. KSD did not execute any of amendments to the stock purchase agreement that is at issue in this case.

5. The stock purchase agreement that is at issue in this case was not assigned to KSD. KSD has acquired stock of Euroweb International Corporation by purchasing it from Corcyra.

6. KSD has not agreed, or consented, to jurisdiction or venue in the State of New York.

I declare under penalty of perjury pursuant to the Laws of the United States of America, the State of California, and the State of New York that the preceding is true and correct.

Executed in the State of California 30 day of May, 2008.

_____
Yossi Attia