UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
− − − − − − − − − − − − − − − − − − − − − − − − −

KPN B.V.

                        Plaintiff,

      - against-

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA

                    Defendants
− − − − − − − − − − − − − − − − − − − − − − − − −

**RULE 7.1 STATEMENT**

Civil Action No. 08 CV 1549

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant KSD Pacific, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      None.

      Said statement is being filed solely to enable the Court to determine whether or not to recuse or disqualify itself, and not as a general appearance before this Court.  Such rights to, among other things, contest the jurisdiction of this Court are expressly reserved.

Dated:  New York, New York      KAUFMANN, FEINER, YAMIN,
       May 30, 2008           GILDIN & ROBBINS LLP
                             Attorneys for Defendant KSD Pacific, LLC

                             By _/s/ Kevin M. Shelley_____
                              Kevin M. Shelley (KS8149)
                              777 Third Avenue
                              New York, New York 10017
                              212.755.3100

and

ROBERT M. YASPAN (Pro Hac Vice Admission
Pending)
JOSEPH G. McCARTY (Of Counsel) (Pro Hac
Vice Admission Pending)
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
818.774.9929