```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KPN, B.V.,

                    Plaintiff(s),

      -against-

J.P. MORGAN CHASE & CO.,
                Defendant(s),
-------------------------------------------------------------X

08 civ 1549 (JGK)

**ORDER**

     A motion to dismiss was filed on May 30, 2008.

     The plaintiff shall serve and file papers in response to the motion by **June 23, 2008.**

     The defendant shall serve and file any reply papers by **July 7, 2008.**

     The Court will contact the parties in the action shortly thereafter for oral argument. The conference scheduled for Thursday, June 5, 2008 is hereby adjourned pending oral argument.

SO ORDERED.

                                                JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          June 2, 2008