UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KPN B.V.,<br><br>                    Plaintiff,<br><br>-against-<br><br>CORCYRA D.O.O., KSD PACIFIC, LLC,<br>MOSHE HAR DIR and YOSSI ATTIA,<br><br>                    Defendants. | Docket No. 08 CV 1549 (JGK)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN MOTION |

Upon the motion of Kevin M. Shelley, Esq., attorney for Defendants and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that:

> Joseph G. McCarty (Of Counsel)
> Law Offices of Robert M. Yaspan
> 21700 Oxnard Street, Suite 1750
> Woodland Hills, CA 91367
> Telephone: 818-905-7711
> Fax: 818-501-7711
> RYaspan@YaspanLaw.com

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rule of this Court, including Rules governing discipline of attorney. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, NY

6/3/08

_____
United States District/Magistrate Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08