UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KPN B.V.,
                        Plaintiff,   :   08 CV 1549 (JGK)

     -against-               :   ECF CASE

CORCYRA D.O.O., KSD PACIFIC LLC,
MOSHE HAR ADIR, and YOSSI ATTIA,

                                  :   <u>DECLARATION OF SERVICE BY</u>
                    Defendants,     <u>REGISTERED MAIL</u>
------------------------------------------------------------------X

    KURT R. VELLEK hereby declares under penalty of perjury that:

    1. I am employed as the managing clerk of Allen & Overy LLP, counsel for the plaintiff. 2. On June 17, 2008 I served an additional copy of the summons and complaint by registered mail, return receipt requested (No. RA 696 877 779 US), upon Corcyra d.o.o. c/o Moshe Har Adir, to Verudela 17, Pula, Croatia 52100.

    3. Also on June 17, 2008 I served an additional copy of the summons and complaint by registered mail return receipt requested (No. RA 696 877 765 US) upon Corcyra d.o.o. c/o Moshe Har Adir, to Valdebeci put 118, Pula, Croatia 52100.

    4. In addition, on June 17, 2008 I served an additional copy of the summons and complaint by registered mail, return receipt requested (No. RA 696 877 751 US) upon Moshe Har Adir to Verudela 17, Pula, Croatia 52100.

    5. Furthermore, on June 17, 2008 I served an additional copy of the summons and complaint by

registered mail, return receipt requested (No. RA 696 877 748 US upon Moshe Har Adir to Valdebeci put 118, Pula, Croatia 52100.

Dated: June 18, 2008
      New York, New York

                                                          KURT R. VELLEK