UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KPN B.V.,                                           :

               Plaintiff,               :        08 CV 1549 (JGK)

    -against-                                      :        ECF CASE

CORCYRA D.O.O., KSD PACIFIC LLC,                    :
MOSHE HAR ADIR, and YOSSI ATTIA,
                                                    :        SUPPLEMENTAL DECLARATION
               Defendants,                       REGARDING SERVICE BY REGISTERED
                                                    :        MAIL
------------------------------------------------------------------X

       KURT R. VELLEK hereby declares under penalty of perjury that:

       1. I am employed as the managing clerk of Allen & Overy LLP, counsel for the plaintiff. I make this declaration in order to apprise the Court of the results of the additional services of the summons and complaint that I undertook on June 17, 2008.

       2. On that day additional copies of the summons and complaint were served by registered mail upon Corcyra d.o.o., and Moshe Har Adir, to two addresses in Croatia. In each instance a return receipt was requested.

       3. The packages were returned to Allen & Overy's New York office after having been delivered to the post office in Pula, Croatia. Copies of the envelopes bearing the notations of the relevant postal authorities are attached hereto. In no instance was a return receipt received by this office.

Dated: August 19, 2008
       New York, New York

                                                         KURT R. VELLEK



















