```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KPN B.V.,

                     Plaintiff,

    - against -

CORCYRA D.O.O., et al.,

                     Defendants.

---

08 Civ. 1549 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the conference held on **February 26, 2009**, the motions by defendants Corcyra D.O.O. ("Corcyra") and Moshe Har Adir ("Adir") to quash service of process pursuant to Fed. R. Civ. P. 12(b)(5) are **granted**, and the plaintiff shall have sixty (60) days to effect service on those defendants. The motions by defendants KSD Pacific, LLC ("KSD") and Adir to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) are **denied without prejudice to renewal** following limited discovery and a limited evidentiary hearing. The motion by defendant Yossi Attia ("Attia") to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) is **denied**. The motions by defendants KSD and Attia to dismiss for failure to join a necessary party

1

pursuant to Fed. R. Civ. P. 12(b)(7) are **denied as moot**.  The Clerk is directed to close Docket Nos. 10, 16, 18, and 23.

SO ORDERED.

Dated: New York, New York
       February 26, 2009

_____
John G. Koeltl
United States District Judge