UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KPN B.V.,

                            Plaintiff,

  - against -

CORCYRA D.O.O.,
KSD PACIFIC, LLC,
MOSHE HAR ADIR, and
YOSSI ATTIA,

                          Defendants.

08 CV 1549 (JGK)

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2009

WHEREAS, counsel for Defendants Corcyra d.o.o., KSD Pacific, LLC, and Moshe Har Adir, were granted leave to withdraw as counsel in an Order dated June 26, 2009; and

WHEREAS, in the June 26, 2009 Order, the Court further directed Defendants Corcyra d.o.o., KSD Pacific, LLC, and Moshe Har Adir to file new appearances in this action by August 7, 2009 or be subject to entry of a default judgment; and

WHEREAS, the Court directed the above-named Defendants to show cause on 12/17/09 why a default judgment should not be entered; and [above-named] the defendants having failed to appear in response to the Order to Show Cause,

NOW, upon motion of Plaintiff KPN B.V. (hereinafter "Plaintiff"), it is hereby

ORDERED that judgment be entered in favor of Plaintiff against Defendants Corcyra d.o.o., KSD Pacific LLC, and Moshe Har Adir, jointly and severally, in the principal amount of $2,679,476.00, with interest at the rate of 23.25% (the prime rate of interest of 8.25% as

announced by Citibank N.A. on July 2, 2007 plus 15%), from July 2, 2007 until the date of entry of judgment; and

It is further ORDERED that Plaintiff's claims for costs, counsel fees and other expenses, incurred in preparing, bringing and enforcing this action ~~are hereby severed.~~

*[handwritten insertions:]* {if warranted,} *and* This matter is referred to the Magistrate Judge for an adjustment on this.

And it is further ordered that a final judgment be entered, pursuant to Fed. R. Civ. P. 54(b) following the determination of costs, attorneys fees and other expenses because there is no just reason for delay.

Dated: New York, New York
December ___, 2009

_____
United States District Judge

So ordered.

/s/ John G. Koeltl
U.S.D.J.
12/17/09